UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-220-F

| | |
|---|---|
| PAUL COLLINS YONGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES ARMY, ) | |
| HON. ROBERT GATES,. ) | |
| DEPARTMENT OF DEFENSE, and ) | |
| DEFENSE FINANCIAL & ) | |
| ACCOUNTING SERVICES, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Defendants' Motion to Stay Proceedings Pending the Court's Resolution of the Defendants' Motion to Dismiss [DE-26]. Defendants indicate that the *pro se* Plaintiff does not oppose the motion.

The court finds that the Defendants have shown good cause and ALLOWS Defendants' motion [DE-26.] This proceeding is STAYED pending the court's ruling on the Defendants' Motion to Dismiss [DE-19].

SO ORDERED.

This the 6th day of July, 2011.

James C. Fox
Senior United States District Judge