UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PAUL COLLINS YONGO,  )  <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> THE HON. JOHN MCHUGH, in his ) <br> official capacity as Secretary of the Army, ) <br> DEPARTMENT OF THE TREASURY, ) <br> Financial Management Service, J. HORNE, ) <br> in his official capacity as a military pay ) <br> technician, DEPARTMENT OF DEFENSE, ) <br> and UNITED STATES, ) <br>     Defendants. ) | **JUDGMENT** <br><br> No. 5:10-CV-220-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendants' Motion to Dismiss is ALLOWED and the Complaint is DISMISSED. Plaintiff's Petition for Mandatory Injunction is DENIED and Plaintiff's Request for Court's Ruling and Determination on Pending Motions is DENIED as moot.

**This Judgment Filed and Entered on May 23, 2013, and Copies To:**

Paul Collins Yongo (P.O. Box 20048, Durham, NC 27707)
Seth Morgan Wood (via CM/ECF Notice of Electronic Filing)

DATE                                              JULIE A. RICHARDS, CLERK
May 23, 2013                                /s/ Susan K. Edwards
                                                                        (By) Susan K. Edwards, Deputy Clerk